UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>JUAN PAGAN CARABALLO; CARMEN PEREZ QUINTANA; UNITED STATES OF AMERICA<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2. Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of one (1) promissory note that affects the five (5) properties described further below.

3.   Said promissory note was subscribed for the amount of **$500,000.00**, with annual interest of 3.75%, on June 22, 1998. *See Exhibit 1.*

4.   For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 43. *See Exhibit 2.*

5.   According to the Property Registry, codefendant JUAN PAGAN CARABALLO is the owner of record of the four (4) real estate properties, described -as they were recorded in Spanish- as follows:

A. RÚSTICA: Parcela de terreno número ocho (8) del caso número C-mil seiscientos cincuentinueve radicada en el Barrio Indiera Alta del término municipal de Maricao, Puerto Rico, compuesta de tres cuerdas (3.00 cds), equivalentes a 11,791.17 metros cuadrados. En lindes por el NORTE, con la parcela número nueve (9), Enrique Lluch y camino de la finca; por el SUR, con Enrique Lluch; por el ESTE, con la parcela número diez (10) y Enrique Lluch; y por el OESTE, con Enrique Lluch y camino de la finca.
Dentro de esta parcela enclava una casa de concreto reforzado tipo uno-dos R (1-2 R) de veinte (20') de largo por veinte pies (20') de ancho, con divisiones interiores de madera.

Property 1,426, recorded at page 71 of volume 53 of Maricao, Property Registry of San Germán, Puerto Rico.

*See Title Search attached as Exhibit 3.*

B. RÚSTICA: Parcela de terreno situada en el Barrio Indiera Alta de Maricao, Puerto Rico, con una cabida superficial de cinco cuerdas con siete mil trescientos treinta y cuatro

diez milésimas de otra (5.07334 cds.), equivalentes a
19,940.204 metros cuadrados. Colinda por el NORTE, con
camino vecinal y remanente de la finca principal; por el
SUR, con Carretera Estatal número ciento veintiocho (128);
por el ESTE, con camino viejo de Lares a Yauco y por el
OESTE, con remanente de camino sapos y finca principal.

Property 2,602, recorded at page 115 of volume 90 of
Maricao, Property Registry of San Germán, Puerto Rico.

*See Title Search attached as Exhibit 4.*


C. RÚSTICA: Parcela marcada con el número diez (10) en el plano
de parcelación de la Comunidad Rural Indiera Alta del Barrio
Indiera Alta del término municipal de Maricao, Puerto Rico,
con una cabida superficial de trescientos cinco punto veinte
y un metros cuadrados (305.21 M.C.). En lindes por el NORTE,
con Parcela número setenta y siete (77) (Cultivos Comunales)
y la Parcela número once (11) de la Comunidad; por el SUR,
con el acceso a Cultivos Comunales y la Carretera Estatal
número cuatrocientos veinte y ocho (428); por el ESTE, con
parcela número once (11) y la Carretera Estatal número
cuatrocientos veinte y ocho (428); por el OESTE, con Parcela
número setenta y siete (77) (Cultivos Comunales) y el acceso
a cultivos comunales.
Enclava en dicha parcela una casa de hormigón y bloques de
hormigón, dedicada a vivienda.

Property 2,862, recorded at page 196 of volume 96 of
Maricao, Property Registry of San Germán, Puerto Rico.

*See Title Search attached as Exhibit 5.*


D. RUSTICA: Parcela marcada con el número Dos (2) en el plano
de inscripción radicado en el Barrio Susúa Baja del término
municipal de Yauco, Puerto Rico, con una cabida
superficial de ocho mil doscientos sesenta y cinco punto
sesenta metros cuadrados (8,265.60 M.C.) equivalentes a
DOS PUNTO CIENTO TRES CUERDAS (2.103 CDS.) y colinda por
el NORTE, con un camino municipal, en una distancia de
dieciséis punto cuatro mil doscientos treinta y dos metros
lineales (16.4232 m.l.) y con Don Augusto Hernández, en
una distancia de dos (2) alineaciones, que suman noventa
y tres punto tres mil doscientos sesenta y un metros
lineales (93.3261 m.l.), con el remanente de la finca
principal, de la cual se segrega; por el SUR, con la

Parcela número Uno (1) que se segrega, en una distancia de ciento veinticinco metros lineales (125.00 m.l.); por el ESTE, con Don Angel Torres, en una distancia de dos (2) alineaciones que suman cincuenta punto ocho mil ciento noventa y seis metros lineales (50.8196 m.l.) y con la Sucesión Vélez, en una distancia de tres (3) alineaciones que suman cuarenta y tres punto dos mil setecientos cincuenta y un metros lineales (43.2751 ml.l.); y por el OESTE, con un camino municipal, en una distancia de treinta y cuatro punto tres mil quinientos cuarenta y seis metros lineales (34.3546 m.l.).

Property 16,180, recorded at page 211 of volume 483 of Yauco, Property Registry of Ponce, Puerto Rico, Section II.

*See Title Search attached as Exhibit 6.*

6.   According to the Property Registry, codefendant CARMEN PEREZ QUINTANA is the owner of record of the real estate property, described -as it was recorded in Spanish- as follows:

A. URBANA: Solar número Uno (1), del bloque "E" del plano de Urbanización Lucchetti, radicado en el barrio Jácanas, del término municipal de Yauco, Puerto Rico, compuesto de cuatrocientos noventa y tres metros once centímetros cuadrados (493.11 m.c.), colindando por el NORTE, en veintiséis metros veintinueve centímetros (26.29 m), con el Solar E-Dos (E-2); por el SUR, en veinticinco metros (25.00 m), con la calle número siete (7) de la urbanización; por el ESTE, en dieciocho metros cincuenta centímetros (18.50 m), con el solar E-Once (E-11); por el OESTE, en diecinueve metros cincuenta centímetros (19.50 m) con la calle número uno (1) de la urbanización y por el SUROESTE, en un ángulo con la intersección de las mencionadas calles. En este solar enclava una casa de hormigón reforzado y bloques, de una sola planta, dedicada a vivienda.

Property 5,696, recorded at page 242 of volume 177 of Yauco, Property Registry of Ponce, Puerto Rico.

*See Title Search attached as Exhibit 7.*

7.  The title searches attached to this complaint confirm the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibits 3-7.*

8.  It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

9.  The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 8*, the following amounts, as to July 16, 2020:

    a) On the $500,000.00 Note:

        1) The sum of $108,235.48, of principal;

        2) The sum of $13,984.82, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $11.1201;

5

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

10. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

11. Codefendant JUAN PAGAN CARABALLO is not currently active in the military service for the United States. Plaintiff is unable to provide a "Status Report pursuant to Servicemembers Civil Relief Act" for CARMEN PEREZ QUINTANA since we could not found her social security number. *See Exhibit 9.*

12. The real estate properties mentioned before are subject to the following liens in the rank indicated:

(A)  <u>Property 1,426</u>:

    1) Recorded liens with preference or priority over mortgage herein included:

        -NONE.

    2) Junior Liens with inferior rank or priority over mortgage herein included:

        a) FEDERAL TAX LIEN: Recorded at entry 2019-004272-EST of Karibe System in favor of the Department of Treasury, against Juan Pagán Caraballo, Social Security number XXX-XX-5121, filed on May 21, 2019, notification number PON-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, in the amount of $5,871.54, on May 29,2020.

(B)  <u>Property 2,602</u>:

    1) Recorded liens with preference or priority over mortgage herein included:

        a. MORTGAGE: Constituted by Juan Pagán Caraballo, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $500,000.00, without annual interests, due on June 22, 2018, constituted by deed #42, executed in Yauco, Puerto Rico, on June 22, 1998, before Notary Public Ignacio Pintado Pintado, recorded at page 31 of volume 112 of Maricao, property number 2,602, 3rd inscription.
"The Producer" undertakes not to sell, transfer, or mortgage or in any way encumber or allow the described property to be taxed, nor build any tax on the fruits, crops or plantations described, or on the buildings and better existing in the present or in the future in said property while it is without satisfying any refractional loan related here, without the written consent of "The Government".
It is stated and so that it forms part of the attached inscription that a mortgage is constituted in terms of crops and fruits that produce 180.00 acres of bananas, 120.00 acres of bananas to be sown and 21.00 acres of coffee that "El Productor" has planted, corresponding to the harvests from 1998 to 2018, including this property and two more outside our jurisdiction.

    2) Junior Liens with inferior rank or priority over mortgage herein included:

        a. FEDERAL TAX LIEN: Recorded at entry 2019-004272-EST of Karibe System in favor of the Department of Treasury, against Juan Pagán Caraballo, Social Security number XXX-XX-5121, filed on May 21, 2019, notification number PON-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, in the amount of $5,871.54, on May 29,2020.

7

(C)   Property 2,862:

    1)   Recorded liens with preference or priority over mortgage herein included:

        a. None.

    2)   Junior Liens with inferior rank or priority over mortgage herein included:

        a. FEDERAL TAX LIEN: Recorded at entry 2019-004272-EST of Karibe System in favor of the Department of Treasury, against Juan Pagán Caraballo, Social Security number XXX-XX-5121, filed on May 21, 2019, notification number PON-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, in the amount of $5,871.54, on May 29,2020.

(D)   Property 16,180:

    1)   Recorded liens with preference or priority over mortgage herein included:

        a. None.

    2)   Junior Liens with inferior rank or priority over mortgage herein included:

        a. SEIZURE: Entry 2019-004372-EST, Karibe System, Treasury Department, against Juan Pagán Caraballo, Certificated dated May 21, 2019, number PON-210-0424, Social Security number 66-049-5121, in the amount of $5,871.54.

(E)   Property 5,696:

    1)   Recorded liens with preference or priority over

mortgage herein included:

    a. MORTGAGE: Constituted by Pedro A. Baez y Elda Torres, in favor of El Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico y sus instrumentalidades, in the original principal amount of $18,900.00, with 5½% annual interests, due on monthly payments of $107.35 starting in the date of execution of deed up to the debt is paid in full, constituted by deed #999, executed in San Juan, Puerto Rico, on December 28th, 1967, before Jesús A. Cintrón Rivera Notary Public, recorded at page 245 of volume 177 of Yauco, property number 5,696, 2nd inscription.

    b. MORTGAGE: Constituted by Pedro A. Baez y Elda Torres, in favor of La Administración de Pequeños Negocios, in the original principal amount of $20,000.00, with 6 5/8% annual interests, due on 20 years, constituted by deed #92, executed in Ponce, Puerto Rico, on April 21st, 1976, before Antonio J. Negroni Notary Public, recorded at page 246 of volume 177 of Yauco, property number 5,696, 3rd, inscription.

    2)    Junior Liens with inferior rank or priority over mortgage herein included:

    a. None.

13. The United States of America is included as a party of interest in this action because, according to the Title Searches for Property 1,426, 2,602 and 2,862, there are Federal Tax Liens affecting them. *See Exhibits 3-5.*

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Director

of LRTF for the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 10 day of December, 2020.

*Jacqueline Lazu*

Digitally signed by JACQUELINE LAZU
DN: c=US, o=U.S. Government,
ou=Department of Agriculture,
cn=JACQUELINE LAZU,
0.9.2342.19200300.100.1.1=12001000567085
Date: 2020.12.10 10:33:08 -04'00'
Adobe Acrobat version: 2020.013.20066

JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)   Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the

11

properties of said defendants;

e)    That  if  the  proceeds  of  said  sale  exceed  the  sum  of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)    That once the property is auctioned and sold, the Clerk of  this  Court  issue  a  writ  addressed  to  the  Registry  of  the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)    For  such  further  relief  as  in  accordance  with  law  and equity may be proper.

In Guaynabo, Puerto Rico, on    December 10          , 2020.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

**USDA-FmHA**
Form FmHA 1940-17
(Rev. 4-92)

## PROMISSORY NOTE

| KIND OF LOAN |
|---|
| Type: ____ EM ____  ☐ Regular |
| M-1136  ☐ Limited Resource |
| Pursuant to: |
| ☐ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name |
|---|
| PAGAN-CARABALLO, JUAN |

| State | County |
|---|---|
| PUERTO RICO | PONCE |

| Case No. | Date |
|---|---|
| 63-16-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 | JUNE 22, 1998 |

| Fund Code | Loan No. |
|---|---|
| 43 | 01 |

| ACTION REQUIRING NOTE |  |
|---|---|
| ☒ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
|  | ☐ Deferred payments |
| ☐ Consolidation | ☐ Debt write down |
| ☐ Conservation easement |  |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in  PONCE, PUERTO RICO—————————————————

————————————— , or at such other place as the Government may later designate in writing, the principal sum of

FIVE HUNDRED THOUSANDS————————————————————————— dollars

($  500,000.00—————————————————), plus interest on the unpaid principal balance at the **RATE** of

THREE AND THREE QUARTERS————————————— percent (  03.7500—————  %) per annum and

————————————————————————— dollars ($  —————————  ) of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in  —————21—————  installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| $ 9,915.00 | on 01-01-99 | ; $ 35,985.00 | on 01-01-00 ; |
| --- | --- | --- | --- |
| $ N/A | on ———— | ; $ N/A | on ————— ; |
| $ N/A | on ———— | ; $ N/A | on ————— ; |
| $ N/A | on ———— | ; $ N/A | on ————— ; |
| $ N/A | on ———— | ; $ N/A | on ————— ; |
| $ N/A | on ———— | ; $ N/A | on ————— ; |

and $  35,985.00  thereafter on  01/01  of each  YEAR  until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable  —————20—————  years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

     *Position 2*          FmHA 1940-17 (Rev. 4-92)

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE / LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT**: If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to pro- duce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in com- pliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

JUAN PAGAN CARABALLO                    (Borrower)

URB. LUCHETTI

CALLE 1 E-1

YAUCO, PUERTO RICO   00698

### RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 500,000.00 | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 500,000.00 | |

Forma FmHA 427-1 PR
(Rev. 6-93)

```
----------------NUMERO     CUARENTA Y TRES----
----------------NUMBER     FORTY THREE---------
```

```
--------------HIPOTECA VOLUNTARIA------------------
--------------VOLUNTARY MORTGAGE-------------------
```

En Yauco, Puerto Rico, a los Veintidós (22)-- días del--
In Yauco, Puerto Rico, at Twenty Two (22)---- days of--

mes de Junio de mil novecientos noventa y ocho.------
the month of June of nineteen hundred and ninety eight.-

```
------------------ANTE MI--------------
------------------BEFORE ME------------
```



IGNACIO PINTADO PINTADO, Colegiado Número Cinco----
IGNACIO PINTADO PINTADO, Collegiate Number Five----
Nueve Cuatro Seis (5946),------------------------------
Nine Four Six (5946),----------------------------------
Abogado y Notario Público de la Isla de Puerto Rico con residencia en Yauco,---
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Yauco,---

Puerto Rico --------- y oficina en  Yauco, Puerto Rico.------
Puerto Rico --------- and office in  Yauco,  Puerto Rico.---------Puerto Rico.

```
------------------COMPARECEN------------------
------------------APPEAR----------------------
```

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage----------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-----------

aparecen de dicho párrafo.-----------------------------------------------------
appear from said paragraph.----------------------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.------------------------------
statements which I believe to be true of their age, civil status, profession and residence.--------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.-----------------------------------------------------------------------
voluntary mortgage.-----------------------------------------------------------

```
-----------------EXPONEN-----------------
-----------------WITNESSETH:--------------
```

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".----------------------------------
hereinafter referred to as "the property".------------------------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens ....

se especifican en el párrafo UNDECIMO.---------------    ------------
specified in paragraph ELEVENTH herein.---------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------------

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,--------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with--------------------------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges—————————————————————

hayan estimado sobre la propiedad hipotecada.———————————————————
estimated against the property.———————————————————————————

CUARTO: Se sobreentiende que:———————————————————————
FOURTH: It is understood that:———————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and—————————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One—

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.—————————

das.————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee———————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.——————————————————————————————
will be the insured lender.———————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————————
and interest.————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".—————————————————————
ments on the note, to be designated the "annual charge".——————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————————————



quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or, any————————

cualquier convenio suplementario por parte del deudor.——————————————
supplementary agreement.————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the————————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.———————————————————
by the mortgagor.———————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note————————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH————————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en garantía de las sumas adicionales consignadas en el
event and at any time whatsoever in guarantee of the additional amounts specified in————



- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional—

adicional especificada en el párrafo NOVENO de este documento.————————
amounts as specified in paragraph NINTH hereof.————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————



aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del TRES PUNTO SETENTA Y CINCO
subparagraph shall bear interest at the rate of THREE POINT SEVENTY FIVE

por ciento (--3.75-%)
per cent (--3.75- %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgagedproperty,

dos o para contribuciones e impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charge by reason of the



el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate——————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.——————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————,

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————————

hipotecario determinare.——————————————————————————————
determines.——————————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————————
for purposes authorized by mortgagee.————————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagor————————

tecario bajo los términos de esta hipoteca.——————————————————————
under the terms of this mortgage.——————————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————————

aprobare el acreedor hipotecario.——————————————————————————
approved by mortgagee.——————————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all——————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——————————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



Forma FmHA 427-1 PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other————————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time——————————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————————————————

tiempo pueda prescribir.——————————————————————————————————
time may prescribe.————————————————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation————————————

ción o al arrendamiento.——————————————————————————————
or lease.——————————————————————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————————

que afecten los bienes o su uso.——————————————————————————————
affecting the property or its use.——————————————————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not————————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——————————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the————————————————————

deudor hipotecario de los convenios de esta hipoteca.——————————————————————
mortgagor of the covenants of this mortgage.——————————————————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession————————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee shall notify————————————————————————



7

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered———————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.——————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect—————————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect—————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced—————

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed, ——————————————

en el orden y manera que el acreedor hipotecario determinare,————————————
in what ever order and manner mortgagee may determine.———————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor—————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept—————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.———————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.—————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured———

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply—————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,———————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an ————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of————————



dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, volu-tarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and——————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as ——————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————————
request the protection of the law.——————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfilment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————————

rarios de abogado.——————————————————————————————
attorney's fees.——————————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness ——————————————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado, y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————————

gación aquí contenida o en el pagaré o cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any———————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by——————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————————————

dichos bienes.——————————————————————————————————
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,——————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.———————
in or to the lien or any benefits herein contained.——————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos, de garantía
and default under any such other security instrument shall——————————————

constituirá incumplimiento de esta hipoteca.———————————————————
constitute default hereunder.————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall—————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————————

especifica más adelante.——————————————————————————
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee—————————————



Forma FmHA
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de QUINIENTOS MIL DOLARES ($500,000.00).
of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00).

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinbefore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré
should assign this mortgage without insurance of the note,

QUINIENTOS MIL ———————————— DOLARES ($500,000.00)
FIVE HUNDRED THOUSAND ———————— DOLLARS ($500,000.00)

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

Tres punto Setenta y Cinco—— por ciento (--3.75--- º/o) anual;
Three point ——————————— per cent (--3.75--- º/o) per annum;







REGISTRO DE
LA PROPIEDAD

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:-------------------

(A)  QUINIENTOS MIL ------------------------------------------------------
(A)  FIVE HUNDRED THOUSAND --------------------------------------------

------------------------------------- DOLARES ($500,000.00)--
------------------------------------- DOLLARS  ($500,000.00)--

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender---- -------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-----------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,-----------------

Tercero;--------------------------------------------------------------
Three;-----------------------------------------------------------------

(B)  SETECIENTOS CINCUENTA MIL ---------------------------------------
(B)  SEVEN HUNDRED FIFTY THOUSAND ----------------------------------

------------------------------------- DOLARES ($750,000.00)--
------------------------------------- DOLLARS  ($750,000.00)--

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------------

sufrir bajo su seguro de pago del pagaré.--------------------------------------
sustain under its insurance of payment of the note;------------------------------

Tres. En cualquier caso y en todo tiempo;--------------------------------
Three. In any event and at all times whatsoever:---------------------------

(A)  DOSCIENTOS MIL DOLARES -------------------------------------------
(A)  TWO HUNDRED THOUSAND DOLLARS -------------------------------

($ 200,000.00 ----) para intereses después de mora:------------------
($ 200,000.00 ----) for default interest;--------------------------

(B)  CIEN MIL DOLARES -----------------------------------------------
(B)  ONE HUNDRED THOUSAND DOLLARS ---------------------------------

($100,000.00 ----) para contribuciones, seguro y otros adelantos para la con-
($100,000.00 ----) for taxes, insurance and other advances for the preservation-

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph---------

SEXTO, Tercero;------------------------------------------------------
SIXTH, Three;---------------------------------------------------------

(C)  CINCUENTA MIL DOLARES ------------------------------------------
(C)  FIFTY THOUSAND DOLLARS -----------------------------------------

($ 50,000.00 --------) para costas, gastos y honorarios de abogado en caso
($ 50,000.00 ----) for costs, expenses and attorney's fees in case---- ------

de  ejecución;--------------------------------------------------------
of  foreclosure:-------------------------------------------------------

(D)  CINCUENTA MIL DOLARES ------------------------------------------
(D)  FIFTY THOUSAND DOLLARS -----------------------------------------

($ 50,000.00 ------) para costas y gastos que incurriere el acreedor hipoteca-
($ 50,000.00 ----) for costs and expenditures incurred by the mortgagee in------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with--- ---------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as------ ---------

se consigna en el párrafo SEXTO, Trece.--------------------------------
provided in paragraph (SIXTH, Thirteen.---------------------------------

- 12 -

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número Seis Tres guión Uno Seis guión——
"Promissory note executed in case number Six Three dash One Six dash——
Cinco Ocho Cuatro Cuatro Ocho Nueve Cuatro Cero Cinco——
Five Eight Four Four Eight Nine Four Zero Five——
(63-16-584489405),—————————————— fechado el día ———————
(63-16-584489405),—————————————— dated the ———————

Veintidós (22)- de  Junio ————————— de mil novecientos—————
Twenty Two (22)day of June ——————nineteen hundred and————

noventa y ocho (1998)——— por la suma de QUINIENTOS MIL————
ninety eight (1998)————— in the amount of FIVE HUNDRED THOUSAND

($500,000.00) ——————————————————dólares de principal más——
DOLLARS ($500,000.00) ——————————————of principal plus——

intereses sobre el balance del principal adeudado a razón del  Tres punto——————
interest over the unpaid balance at the rate of  Three point——————

Setenta y Cinco ——————————(--3.75%----) por ciento anual,
Seventy Five ——————————————(--3.75%----) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, ——————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los  VEINTE (20) ——————————————————————————
and payable TWENTY (20) ——————————————————————————

años de la fecha de este pagaré.—————————————————————
years from the date of this promissory note.—————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria se describe como sigue:——————————
voluntary mortgage is constituted to describe as follows:





-----A) RUSTICA: Parcela de terreno situada en el Barrio Indiera Alta de----
Maricao, Puerto Rico, con una cabida superficial de CINCO CUERDAS-----
CON SIETE MIL TRESCIENTOS TREINTA Y CUATRO DIEZ-----------
MILESIMAS DE OTRA (5.07334 CDS.).  Colinda por el NORTE, con----
camino vecinal y remanente de la finca principal; por el SUR, con Carretera-
Estatal Número Ciento Veintiocho (128); por el ESTE, con camino viejo---
de Lares a Yauco y por el OESTE, con remanente de camino sapos y finca-
principal.--------------------------------------------------------------------

-----Inscrito al folio Ciento Quince (115), del tomo Noventa (90) de---------
Maricao, Finca Número Dos Mil Seiscientos Dos (2602).----------------------

-----B) RUSTICA: Parcela de terreno número OCHO (8) del Caso Número-
C-Mil Seiscientos Cincuentinueve (C-1659), radicada en el Barrio Indiera--
Alta del término municipal de Maricao, Puerto Rico, compuesta de TRES---
CUERDAS (3.00 CDS.), equivalentes a una (1) hectárea, Diecisiete (17)----
áreas, Noventa y Una (91) centiáreas y Mil Ochocientos Sesenta y Ocho----
(1868) diez milésimas de centiáreas; lindante por el NORTE, con la Parcela
Número Nueve (9), Enrique Lluch y camino de la finca; por el SUR, con----
Enrique Lluch; por el ESTE, con la Parcela Número Diez (10) y Enrique----
Lluch y por el OESTE, con Enrique Lluch y camino de la finca.  Dentro de-
esta parcela enclava una casa de concreto reforzado tipo Uno-Dos R---------
(1-2 R), de Veinte pies (20') de largo por Veinte pies (20') de ancho, con----
divisiones interiores de madera.--------------------------------------------

-----Inscrita al folio Setenta y Dos (72), del tomo Cincuenta y Tres (53) de--
Maricao, Finca Número Mil Cuatrocientos Veintiseis (1426).------------------

-----C) URBANA: Solar Número UNO (1), del Bloque "E" del Plano de----
URBANIZACION LUCCHETTI, radicado en el Barrio Jácanas, del---------
término municipal de Yauco, Puerto Rico; compuesto de----------------------
CUATROCIENTOS NOVENTA Y TRES METROS ONCE------------------
CENTIMETROS CUADRADOS (493.11 M.C.), colindando por el-----------
NORTE, en Veintiseis metros Veintinueve centímetros (26.29 m.), con el---
Solar E-Dos (E-2); por el SUR, en Veinticinco metros (25.00 m.), con la----
Calle Número Siete (7) de la Urbanización; por el ESTE, en Dieciocho-----
metros Cincuenta centímetros (18.50 m.), con el Solar E-Once (E-11);------
por el OESTE, en Diecinueve metros Cincuenta centímetros (19.50 m.),----
con la Calle Número Uno (1) de la Urbanización y por el SUROESTE,------
en un ángulo con la intersección de las mencionadas calles.-------------------

-----En este solar enclava una casa de hormigón reforzado y bloques, de una
sola planta, dedicada a vivienda.--------------------------------------------

-----Inscrita al folio Doscientos Cuarenta y Cinco (245), del tomo Ciento----
Setenta y Siete (177) de Yauco, Finca Número Cinco Mil Seiscientos--------
Noventa y Seis (5696).-------------------------------------------------------

-----D) RUSTICA: Parcela marcada con el Número DIEZ (10) en el Plano--
de Parcelación de la Comunidad Rural Indiera Alta del Barrio Indiera Alta--
del término municipal de Maricao, Puerto Rico; con una cabida superficial--
de TRESCIENTOS CINCO PUNTO VEINTE Y UN METROS----------
CUADRADOS (305.21 M.C.).-------------------------------------------------





-----En lindes por el **NORTE**, con Parcela Número Setenta y Siete (77)-----
(Cultivos Comunales) y la Parcela Número Once (11) de la Comunidad.-----
Por el **SUR**, con el acceso a Cultivos Comunales y la Carretera Estatal------
Número Cuatrocientos Veinte y Ocho (428).  Por el **ESTE**, con Parcela-----
Número Once (11) y la Carretera Estatal Número Cuatrocientos Veinte y---
Ocho (428).  Por el **OESTE**, con Parcela Número Setenta y Siete (77)------
(Cultivos Comunales) y el acceso a cultivos comunales.------------------------

-----Enclava en dicha parcela una casa de hormigón y bloques de hormigón,-
dedicada a vivienda.---------------------------------------------------------

-----Inscrita al folio Ciento Noventa y Seis (196), del tomo Noventa y Seis--
(96) de Maricao, Finca Número Dos Mil Ochocientos Sesenta y Dos----------
(2862).--------------------------------------------------------------------

-----E)  Solar Número DOS (2): RUSTICA: Predio de terreno marcado con
el  Número DOS (2) en el Plano de Inscripción radicado en el Barrio Susúa-
Baja del término municipal de Yauco, Puerto Rico; con una cabida superfi--
cial de OCHO MIL DOSCIENTOS SESENTA Y CINCO PUNTO----------
SESENTA METROS CUADRADOS (8,265.60 M.C.), equivalentes a------
DOS PUNTO CIENTO TRES CUERDAS (2.103 CDS.) y colinda por el---
**NORTE**, con un camino municipal, en una distancia de Dieciseis punto------
Cuatro Mil Doscientos Treinta y Dos metros lineales (16.4232 m.l.), y con--
Don Augusto Hernández, en una distancia de dos (2) alineaciones, que------
suman Noventa y Tres punto Tres Mil Doscientos Sesenta y Un metros------
lineales (93.3261 m.l.), con el remanente de la finca principal, de la cual se-
segrega; por el **SUR**, con la Parcela Número Uno (1) que se segrega, en una
distancia de Ciento Veinticinco metros lineales (125.00 m.l.); por el **ESTE**,-
con Don Angel Torres, en una distancia de dos (2) alineaciones que suman--
Cincuenta punto Ocho Mil Ciento Noventa y Seis metros lineales------------
(50.8196 m.l.) y con la Sucesión Vélez, en una distancia de tres (3) alinea---
ciones que suman Cuarenta y Tres punto Dos Mil Setecientos Cincuenta y--
Un metros lineales (43.2751 m.l.) y por el **OESTE**, con un camino---------
municipal, en una distancia de Treinta y Cuatro punto Tres Mil Cuatrocien-
tos Treinta y Cinco metros lineales (34.3435 m.l.).----------------------------

-----Dicha propiedad se encuentra pendiente de inscripción en el Registro de
la Propiedad de Puerto Rico, Sección de Ponce II, presentada al Diario-----
Ciento Ochenta y Dos (182), Asiento Doscientos Cincuenta y Cinco (255),-
de Ponce II.----------------------------------------------------------------

Adquirió el prestatario, Don Juan Pagán Caraballo, las descritas fincas por:-
Borrower, Mr. Juan Pagán Caraballo, acquire the described properties by:---

-----La finca A, por compra mediante la Escritura Número Dos (2), de fecha
-----The farm A, by purchase with the Deed Number Two (2), dated--------

Enero Quince (15), mil novecientos noventa y tres (1993), otorgada en------
January Fifteen (15), nineteen hundred and ninety three (1993), executed in-

la ciudad de Ponce, Puerto Rico, ante el Notario Juan G. Gueits González;--
the city of Ponce, Puerto Rico, before the Notary Juan G. Gueits González;-

La Finca B, por compra mediante la Escritura Número Treinta y Dos (32),--
The Farm B, by purchase with the Deed Number Thirty Two (32),-----------



14-A

de fecha Diciembre Veintitrés (23), mil novecientos noventa y tres-----------
dated December Twenty Three (23), nineteen hundred and ninety three------

(1993), otorgada en la ciudad de Yauco, Puerto Rico, ante el Notario--------
(1993), executed in the city of Yauco, Puerto Rico, before the Notary-------

Ignacio Pintado Pintado; La Finca D, por compra mediante la Escritura------
Ignacio Pintado Pintado; The Farm D, by purchase with the Deed------------

Número Cuarenta y Uno (41), de fecha Noviembre Siete (7),-----------------
Number Forty One (41), dated November Seven (7),--------------------------

mil novecientos noventa y cuatro (1994), otorgada en la ciudad de Yauco,--
nineteen hundred and ninety four (1994), executed in the city of Yauco,-----

Puerto Rico, ante el Notario Ignacio Pintado Pintado y La Finca E, por------
Puerto Rico, before the Notary Ignacio Pintado Pintado and The Farm E, by

compra mediante la Escritura Número Veinticinco (25), de fecha Mayo------
purchase with the Deed Number Twenty Five (25), dated May--------------

Quince (15), mil novecientos noventa y siete (1997), otorgada en la ciudad--
Fifteen (15), nineteen hundred and ninety seven (1997), executed in the city-

de Yauco, Puerto Rico, ante el Notario Miguel A. Pacheco Cintrón.---------
of Yauco, Puerto Rico, before the Notary Miguel A. Pacheco Cintrón.-------

-----Adquirió la prestataria, Doña Carmen Pérez Quintana, la descrita--------
-----Borrower, Mrs. Carmen Pérez Quintana, acquire the property------------

propiedad descrita bajo la letra "C", por partición de bienes gananciales,-----
describe under the letter "C", by Division of Common Goods,-----------------

mediante la Escritura Número Sesenta y Seis (66), de fecha Diciembre------
with the Deed Number Sixty Six (66), dated December--------------------------

Catorce (14), mil novecientos ochenta y ocho (1988), otorgada en la----------
Fourteen (14), nineteen hundred and eighty eight (1988), executed in the----

ciudad de Yauco, Puerto Rico, ante el Notario Ignacio Pintado Pintado.------
city of Yauco, Puerto Rico, before the Notary Ignacio Pintado Pintado.-----

Dichas propiedades se encuentran sujetas a las cargas que aparecen en el----
Saids properties are liables at the burden that appeared in the-------------------

Registro de la Propiedad de  Puerto Rico, Sección de San Germán y---------
Register of the Property of Puerto Rico, Section of San Germán and---------

Ponce II.----------------------------------------------------------------------------
Ponce II.----------------------------------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores---
TWELFTH: The parties appearing in the present deed as Mortgagors--------

Hipotecarios DON JUAN PAGAN CARABALLO, Número de Seguro------
MR. JUAN PAGAN CARABALLO, Social Security----------------------------
-----------------------------------------------------------------------------------------



Number Five Eight Four ~~~~~~~~~

, mayor de edad, soltero, propietario y vecino de------

of legal age, single, proprietor and neighbor of----------

Yauco, Puerto Rico Y DOÑA CARMEN PEREZ QUINTANA,-----------

Yauco, Puerto Rico AND MRS. CARMEN PEREZ QUINTANA,-----------

mayor de edad, soltera, propietaria y----------

), of legal age, single, proprietor and----------

vecina de Yauco, Puerto Rico; cuya dirección postal es: Urbanización------

neighbor of Yauco, Puerto Rico; whose postal address is:  Urbanization----

Luchetti, Calle Uno E-Uno (Calle 1 E-1), Yauco, Puerto Rico.-----------

Luchetti, Street One E dash One (Street 1 E-1), Yauco, Puerto Rico.--------

----Que Doña Carmen Pérez Quintana es dueña de la propiedad descrita-----

-----That Mrs. Carmen Pérez Quintana is the owner of the described---------

bajo la letra "C", y que da su expreso consentimiento y consiente a que-----

property below in letter "C" and she gives the express consent and permits-

dicha propiedad sea gravada por la cantidad y por los términos y--------------

and is awear that said property be bounder for the amount and terms and----

condiciones que se acuerdan en esta escritura de hipoteca.---------------------

conditions that the parts agreed upon this mortgage deed.----------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó---

THIRTEENTH: The proceeds of the loan herein guaranteed was used or----

será usado-------------------------------------

will be used-------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------

-----------------------------------------------------------------



4-C

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical———

físicas en la finca(s) descrita(s).——————————————————————————
installations on the described farm(s).—————————————————————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to————

ejecución de la hipoteca.—————————————————————————————
the foreclosure of the mortgage.—————————————————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present——

dueños deudores o por sus cesionarios o causahabientes.————————————————
owners or by their assignees or successors.——————————————————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and—————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucespres o
severally for himself and on behalf of his heirs, assignees, successors or——————————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)————————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future ———————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings——————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen————————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth (28) May, nineteen hundred sixty-nine (1969) (31——————

L.P.R.A. 1851).——————————————————————————————
L.P.R.A. 1851).——————————————————————————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any——————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——————————

- 15 -



fondos del préstamo aquí garantizado, se considerará e interpretará como parte
fonds of the loan herein guaranteed, will be considered and understood to form part———————

de la propiedad gravada por esta Hipoteca.—————  ———————————————
of the property encumbered by this Mortgage.———  —————————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move—— ·————————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ·—— ———·————————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances—————————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will—————— ·—————————

notificará por escrito al Supervisor Local.———————————  ——————  ———  ——— ———
notify it in writing to the County Supervisor.——————————— ·· ————  ——  ———

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed————————————————

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous—————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations—————————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and——————————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern——————————

estos tipos de préstamos.—————————————— ·——————————————
these types of loans.——————————————————————————————————

VIGESIMO: Este instrumento garantiza asimismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of————— ————  ——————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the—————————————

por el Gobierno de acuerdo con las disposiciones del Título Cuarenticinco del Código
Government pursuant to Forty-Two————————————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————————— ·· ———————————————————



—————En el párrafo DECIMO TERCERO se indica que el——
—————In the paragraph THIRTEENTH is said the————

préstamo aquí consignado se usó ó será usado para———
loan herein guaranteed was used or will be used for—

agrícolas; pero especificamente será usado para la——
agricultural purposes; but specifically will be used

rehabilitación de la finca por pérdidas causadas por
for the farm rehabilitation because for the loses———

la sequía, ya que es un Préstamo de——————————————
cause of the drines, do to the fact it is an————————

Emergencia Designación de Emergencia M guión Mil————
Emergency Loan-Emergency Designation M dash One—————

Ciento Treinta y Seis (M-1136).—————————————————
Thousand One Hundred Thirty Six (M-1136).————————

———————————————————————————————————————————

16

Case 3:20-cv-01711   Document 1-2   Filed 12/10/20   Page 20 of 23

-----El Número de Seguro Social Patronal Federal de la Farm Services------
-----The Social Security Patronal Federal Number of the Farm Services------

Agency, Oficina de Ponce es:-----------------------------------------------
Agency, County of Ponce is:----------------------------------------------

Ocho Cero Seis guión Uno Cero Seis guión Cuatro Nueve Cero Seis---------
Eight Zero Six dash One Zero Six dash Four Nine Zero Six--------------------

(806-106-4906).-------------------------------------------------------------
(806-106-4906).-----------------------------------------------------------

------YO, EL NOTARIO AUTORIZANTE, hago constar que he---------------
------I, THE AUTHORIZING NOTARY, I had identified---------------------

identificado a los comparecientes en esta escritura, mediante los siguientes--
the appearing parties in this deed, with the following identity documents:----

documentos de identidad:----------------------------------------------------
documents:----------------------------------------------------------------

Don Juan Pagán Caraballo, mediante la Licencia de Conducir Número-------
Mr. Juan Pagán Caraballo, with the Driver License Number-------------------

Siete Cero Cinco Nueve Uno Ocho (705918) y Doña Carmen Pérez---------
Seven Zero Five Nine One Eight (705918) and Mrs. Carmen Pérez-----------

Quintana, mediante la Tarjeta Electoral Número Dos Seis Cuatro Nueve----
Quintana, with the Electoral Card Number Two Six Four Nine--------------

Cinco Dos Cinco (2649525).-------------------------------------------------
Five Two Five (2649525).----------------------------------------------------



----------------------ACEPTACION----------------------
## ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once----------------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.---------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  adverti.------------------------------------------------------------
I advised him (them).---------------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its-------------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed--------------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES----------

FE de todo el contenido de esta escritura.--------------------------------
FAITH to everything contained in this deed.--------------------------------

FIRMADO:   JUAN PAGAN CARABALLO Y CARMEN PEREZ QUINTANA.

Firmado, Signado, Sellado y Rubricado:   IGNACIO--------
PINTADO PINTADO.------------------------------------------

Exenta del pago de los derechos de Rentas Internas.----
Tiene adherido y cancelado el correspondiente Sello----
del Impuesto Notarial del Colegio de Abogados de-------
Puerto Rico.---------------------------------------------





CERTIFICO que es copia fiel y------
exacta de su original obrante en---
mi Protocolo de Instrumentos-------
Públicos del corriente año al que--
me remito.  Y a petición de--------
Don Juan Pagán Caraballo y---------
Doña Carmen Pérez Quintana,--------
expido una copia de la presente----
escritura, la cual consta de-------
Diecisiete (17) folios, dejando----
anotada dicha expedición en el-----
día de hoy, Veintidós (22) de------
Junio de mil novecientos noventa---
y ocho.--------------------------



17

REGISTRADO AL
Folio 31
Tomo 112 de Maricao
Finca #2602 Inscripción 4ta
56, P. R. a 21 de feb de 06

Carga: Seruidumbre a favor dela
Autoridad de Acueductos y
Alcantarillados. Hipólico a favor
de EUA alplc Adm. de Hogares
de Agricultores porp 500,000.00.

REGISTRADO AL
Folio 34
Tomo 112 de Maricao
Finca #2862 Inscripción 3ra
56, P. R. 21 de feb de 06

Carga: Seruidumbre a favor
dela Autoridad delas
Fuentes Fluviales

REGISTRADO AL
Folio 28
Tomo 112 de Maricao
Finca #1426 Inscripción 3ra
56, P. R. 21 de feb de 06

Carga: Libre

Derechos: Sin

Rigistrador

Disultas

Fincas
① 5696   ② 16,180  y N4 Maricao !   Seg. 16180

olio: 79   y   211

tomos: 522   y   483 /sans

Ins. 6ta  y  2 da.

Compra:
km   Acccedencia
D   Seruidumbres: AFF y AAA
    Condiciones Restrictuas

Libre de Carga

Fincc  W 10 de abril de 2007
Sin Derechos - Ley 43
7/06/1956

A'
- Hipoteca a favor del Sistema de Retiro del CRIP
  por $118,400.00 inscripción 3da.
- Hipoteca a favor de la Administración de los
  Recursos Naturales por $50,000.00 inx. 3
  Hipoteca que por este documento se constituye.
- (Hipoteca a favor del Estado por $440,000.00
  inscripción 4ta expt. trataque se amote
  la demanda por flap. Hipoteca que por
  este documento si constituye.

Registrador

4/17/07

Nota:
Pagaré al portador por $449,000 y
Embargo Santander fueron
cancelados al tomo 469 folio 121 y 122
finca 6355 insc. 8va y 13va el
2/27/04 y 3/8/05.

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: JUAN PAGÁN CARABALLO**                **REF: 1521.350**
                                                **BY: ROXANA PEREZ**

**PROPERTY NUMBER:** 1,426, recorded at page 71 of volume 53 of
Maricao, Registry of San Germán, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Parcela de terreno número ocho (8) del caso número C-mil
seiscientos cincuentinueve radicada en el Barrio Indiera Alta del
término municipal de Maricao, Puerto Rico, compuesta de **tres
cuerdas (3.00 cds), equivalentes a 11,791.17 metros cuadrados**. En
lindes por el **NORTE**, con la parcela número nueve (9), Enrique
Lluch y camino de la finca; por el **SUR**, con Enrique Lluch; por el
**ESTE**, con la parcela número diez (10) y Enrique Lluch; y por el
**OESTE**, con Enrique Lluch y camino de la finca.

Dentro de esta parcela enclava una casa de concreto reforzado
tipo uno-dos R (1-2 R) de veinte (20') de largo por veinte pies
(20') de ancho, con divisiones interiores de madera.

**ORIGIN:**

It is segregated from property number 1,145, recorded at page
112, volume 43 of Maricao.

**TITLE:**

This property is registered in favor of JUAN PAGÁN CARABALLO,
single, who acquired it by purchase from Juan Pagán Feliciano and
his wife Carmen González Núñez, at a price of $3,000.00, pursuant
to deed #32, executed in Yauco, Puerto Rico, on August 13, 1993,
before Notary Public Ignacio Pintado Pintado, recorded at page 72
of volume 53 of Yauco, property number 1,426, 2nd inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and
     encumbrances

II.  By reason of itself this property is encumbered by the
     following:

1.  **MORTGAGE:** Constituted by Juan Pagán Caraballo, in favor of
    United States of America acting as Farmer Home
    Administration, in the original principal amount of
    $500,000.00, with 3.75% annual interests, due on 20 years,
    constituted by deed #43, executed in Yauco, Puerto Rico, on
    June 22, 1998, before Notary Public Ignacio Pintado Pintado,
    recorded at page 28 of volume 112 of Maricao, property
    number 1,426, 3rd inscription.

2.  **FEDERAL TAX LIEN:** Recorded at entry 2019-004272-EST of
    Karibe System in favor of the Department of Treasury,
    against Juan Pagán Caraballo, Social Security number XXX-XX-
    5121, filed on May 21, 2019, notification number PON-210-19-
    0424, in the amount of $5,871.54, on May 29,2020. **There is
    no warranty about the identity of the owner and the
    foreclosure subject being the same person.**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #2
PROPERTY #1,426

REVIEWED:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

   1. That my name and personal circumstances are the above mentioned.

   2. That on November 5th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the    attached title study which makes part of this affidavit.

   3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.

Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,416

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.



NOTARY PUBLIC

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 · FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

**CLIENT: JUAN PAGÁN CARABALLO**                    **REF: 1521.350**
                                                    **BY: ROXANA PEREZ**

**PROPERTY NUMBER:** 2,602, recorded at page 115 of volume 90 of
                     Maricao, Registry of San Germán, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Parcela de terreno situada en el Barrio Indiera Alta de
Maricao, Puerto Rico, con una cabida superficial de **cinco cuerdas
con siete mil trescientos treinta y cuatro diez milésimas de otra
(5.07334 cds.), equivalentes a 19,940.204 metros cuadrados.**
Colinda por el **NORTE**, con camino vecinal y remanente de la finca
principal; por el **SUR**, con Carretera Estatal número ciento
veintiocho (128); por el **ESTE**, con camino viejo de Lares a Yauco
y por el **OESTE**, con remanente de camino sapos y finca principal.

**ORIGIN:**

It is segregated from property number 82, recorded at page 219,
volume 64 of Maricao.

**TITLE:**

This property is registered in favor of JUAN PAGÁN CARABALLO,
single, who acquired it by purchase from Catalino Alemañy Mayol;
Marco Antonio y Wallace Miguel Silvestrini Alemañy, at a price of
$5,000.00, pursuant to deed #2, executed in Ponce, Puerto Rico,
on January 15, 1993, before Notary Public Juan J. Gueits
González, recorded at overleaf of page 115 of volume 90 of
Maricao, property number 2,602, 2nd inscription.

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is encumbered by the
      following:

      Easement in favor of Autoridad de Acueductos y
      Alcantarillados

II.   By reason of itself this property is encumbered by the
      following:

1.    **MORTGAGE:** Constituted by Juan Pagán Caraballo, in favor of
      United States of America acting as Farmer Home
      Administration, in the original principal amount of
      $500,000.00, without annual interests, due on June 22, 2018,
      constituted by deed #42, executed in Yauco, Puerto Rico, on
      June 22, 1998, before Notary Public Ignacio Pintado Pintado,
      recorded at page 31 of volume 112 of Maricao, property
      number 2,602, 3rd inscription.

      "The Producer" undertakes not to sell, transfer, or mortgage
      or in any way encumber or allow the described property to be
      taxed, nor build any tax on the fruits, crops or plantations
      described, or on the buildings and better existing in the
      present or in the future in said property while it is
      without satisfying any refractional loan related here,
      without the written consent of "The Government".

      It is stated and so that it forms part of the attached
      inscription that a mortgage is constituted in terms of crops
      and fruits that produce 180.00 acres of bananas, 120.00
      acres of bananas to be sown and 21.00 acres of coffee that
      "El Productor" has planted, corresponding to the harvests
      from 1998 to 2018, including this property and two more
      outside our jurisdiction.



Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #2,602

2.  **MORTGAGE:** Constituted by Juan Pagán Caraballo, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $500,000.00, with 3.75% annual interests, due on 20 years, constituted by deed #43, executed in Yauco, Puerto Rico, on June 22, 1998, before Notary Public Ignacio Pintado Pintado, recorded at overleaf of page 31 of volume 112 of Maricao, property number 2,602, 4th and last inscription.

3.  **FEDERAL TAX LIEN:** Recorded at entry 2019-004272-EST of Karibe System in favor of the Department of Treasury, against Juan Pagán Caraballo, Social Security number XXX-XX-5121, filed on May 21, 2019, notification number PON-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, in the amount of $5,871.54, on May 29,2020. **There is no warranty about the identity of the owner and the foreclosure subject being the same person.**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

EAGLE TITLE AND OTHER SERVICES, INC.

_____
*Authorized signature*

srd/mv/**F**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on November 5th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,417

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.

NOTARY PUBLIC

RECIBO
4U19-02165213
9397
11/23/2020
$5.00
Sello de Asistencia Legal
80093-2020-1123-43293204

# TITLE SEARCH

**CLIENT: JUAN PAGÁN CARABALLO**                    **REF: 1521.350**
                                                    **BY: ROXANA PEREZ**

**PROPERTY NUMBER:** 2,862, recorded at page 196 of volume 96 of
Maricao, Registry of San Germán, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Parcela marcada con el número diez (10) en el plano de
parcelación de la Comunidad Rural Indiera Alta del Barrio Indiera
Alta del término municipal de Maricao, Puerto Rico, con una
cabida superficial de **trescientos cinco punto veinte y un metros
cuadrados (305.21 m.c.)**. En lindes por el **NORTE**, con Parcela
número setenta y siete (77) (Cultivos Comunales) y la Parcela
número once (11) de la Comunidad; por el **SUR**, con el acceso a
Cultivos Comunales y la Carretera Estatal número cuatrocientos
veinte y ocho (428); por el **ESTE**, con parcela número once (11) y
la Carretera Estatal número cuatrocientos veinte y ocho (428);
por el **OESTE**, con Parcela número setenta y siete (77) (Cultivos
Comunales) y el acceso a cultivos comunales.

Enclava en dicha parcela una casa de hormigón y bloques de
hormigón, dedicada a vivienda.

**ORIGIN:**

It is segregated from property number 1,648, recorded at page
111, volume 64 of Maricao.

**TITLE:**

This property is registered in favor of JUAN PAGÁN CARABALLO,
single, who acquired it by purchase from Carlos Pagán González
and his wife Lucia Santiago Santiago, at a price of $20,000.00,
pursuant to deed #41, executed in Yauco, Puerto Rico, on November
7, 1994, before Notary Public Ignacio Pintado Pintado, recorded
at overleaf page 196 of volume 96 of Maricao, property number
2,862, 2nd inscription.

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is encumbered by the
      following:

      Easement in favor of Autoridad de Fuentes Fluviales

II.   By reason of itself this property is encumbered by the
      following:

1.    **MORTGAGE:** Constituted by Juan Pagán Caraballo, in favor of
      United States of America acting as Farmer Home
      Administration, in the original principal amount of
      $500,000.00, with 3.75% annual interests, due on 20 years,
      constituted by deed #43, executed in Yauco, Puerto Rico, on
      June 22, 1998, before Notary Public Ignacio Pintado Pintado,
      recorded at page 34 of volume 112 of Maricao, property
      number 2,862, 3rd and last inscription.

2.    **FEDERAL TAX LIEN:** Recorded at entry 2019-004272-EST of
      Karibe System in favor of the Department of Treasury,
      against Juan Pagán Caraballo, Social Security number XXX-XX-
      5121, filed on May 21, 2019, notification number PON-210-19-
      0424, in the amount of $5,871.54, on May 29,2020. **There is
      no warranty about the identity of the owner and the
      foreclosure subject being the same person.**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.



Eagle Title & Other Services, Inc.

**PAGE #2**
**PROPERTY #2,862**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

srd/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

    1. That my name and personal circumstances are the above mentioned.

    2. That on November 5th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

    3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.

                               Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4418

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 10 day of December 2020.



NOTARY PUBLIC

Exhibit 6

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: JUAN PAGÁN CARABALLO**        **REF: 1521.350**
                                   **BY: ROXANA PEREZ**

**PROPERTY NUMBER:** 16,180, recorded at page 211 of volume 483 of Yauco, Registry of Ponce, Puerto Rico, section II.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Parcela marcada con el número Dos (2) en el plano de inscripción radicado en el Barrio Susúa Baja del término municipal de Yauco, Puerto Rico, con una cabida superficial de **ocho mil doscientos sesenta y cinco punto sesenta metros cuadrados (8,265.60 m.c.)** y colinda por el **NORTE**, con un camino municipal, en una distancia de dieciséis punto cuatro mil doscientos treinta y dos metros lineales (16.4232 m.l.) y con Don Augusto Hernández, en una distancia de dos (2) alineaciones, que suman noventa y tres punto tres mil doscientos sesenta y un metros lineales (93.3261 m.l.), con el remanente de la finca principal, de la cual se segrega; por el **SUR**, con la Parcela número Uno (1) que se segrega, en una distancia de ciento veinticinco metros lineales (125.00 m.l.); por el **ESTE**, con Don Angel Torres, en una distancia de dos (2) alineaciones que suman cincuenta punto ocho mil ciento noventa y seis metros lineales (50.8196 m.l.) y con la Sucesión Vélez, en una distancia de tres (3) alineaciones que suman cuarenta y tres punto dos mil setecientos cincuenta y un metros lineales (43.2751 ml.l.); y por el **OESTE**, con un camino municipal, en una distancia de treinta y cuatro punto tres mil quinientos cuarenta y seis metros lineales (34.3546 m.l.).

**ORIGIN:**

It is segregated from property number 6,355, recorded at page 120, volume 200 of Yauco.

**TITLE:**

This property is registered in favor of JUAN PAGÁN CARABALLO, single, who acquired it by purchase from Ignacio Pintado Pintado and his wife María Irma Navedo Rivera, at a price of $13,000.00, pursuant to deed #25, executed on May 15, 1997, before Miguel A. Pacheco Cintrón Notary Public, recorded at page 211 of volume 483 of Yauco, property number 16,180, 1st inscription.
**Presented on February 26, 2004**
**Recorded on February 27, 2004**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Juan Pagán Caraballo, single, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $500,000.00, with 3.75% annual interests, due on 30 years, constituted by deed #43, executed in Yauco, Puerto Rico, on June 22, 1998, before Ignacio Pintado Pintado Notary Public, recorded at page 211 of volume 483 of Yauco, property number 16,180, 2nd and last inscription.
     **Presented on April 10, 2007**
     **Recorded on April 10, 2007**

     **OBSERVATION:** The loan will be used for agricultural purposes, but specifically it will be used for the rehabilitation of the farm due to losses caused by the drought.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-6577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #2
PROPERTY #16,180

2. **SEIZURE:** Entry 2019-004372-EST, Karibe System, Treasury Department, against Juan Pagán Caraballo, Certificated dated May 21, 2019, number PON-210-0424, Social Security number 66-049-5121, in the amount of $5,871.54. **There is no warranty about the identity of the owner and the foreclosure subject being the same person.**

REVIEWED:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 30th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

*Authorized signature*

mcr/mv/**F**



I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 30th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,419

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.

_____
NOTARY PUBLIC

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CLIENT: CARMEN PEREZ QUINTANA**                **REF: 1521.350**
                                                **BY: ROXANA PEREZ**


**PROPERTY NUMBER:** 5,696, recorded at page 242 of volume 177 of
                     Yauco, Registry of Ponce, Puerto Rico, section
                     II.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**URBANA:** Solar número Uno (1), del bloque "E" del plano de
Urbanización Lucchetti, radicado en el barrio Jácanas, del
término municipal de Yauco, Puerto Rico, compuesto de
**cuatrocientos noventa y tres metros once centímetros cuadrados
(493.11 m.c.),** colindando por el **NORTE,** en veintiséis metros
veintinueve centímetros (26.29 m), con el Solar E-Dos (E-2); por
el **SUR,** en veinticinco metros (25.00 m), con la calle número
siete (7) de la urbanización; por el **ESTE,** en dieciocho metros
cincuenta centímetros (18.50 m), con el solar E-Once (E-11); por
el **OESTE,** en diecinueve metros cincuenta centímetros (19.50 m)
con la calle número uno (1) de la urbanización y por el **SUROESTE,**
en un ángulo con la intersección de las mencionadas calles. En
este solar enclava una casa de hormigón reforzado y bloques, de
una sola planta, dedicada a vivienda.

**ORIGIN:**

It is segregated from property number 5,403, recorded at page
48, volume 167 of Yauco.

**TITLE:**

This property is registered in favor of CARMEN PÉREZ QUINTANA,
single, who acquired it by adjudication in liquidation of
community property, value of $12,500.00, pursuant to deed #66,
executed in Yauco, Puerto Rico, on December 14th, 1988, before
Ignacio Pintado Pintado Notary Public, recorded at overleaf of
page 247 of volume 177 of Yauco, property number 5,696, 5th,
inscription.
**Presented on December 12, 1988**
**Recorded on February 8, 1989**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is encumbered by the
     following:

     Easement in favor of Autoridad de Fuentes Fluviales
     Easement in favor of Autoridad de Acueductos y
     Alcantarillados
     Restrictive conditions

II.  By reason of itself this property is encumbered by the
     following:

1.   **MORTGAGE:** Constituted by Pedro A. Baez y Elda Torres, in
     favor of El Sistema de Retiro de los Empleados del Estado
     Libre Asociado de Puerto Rico y sus instrumentalidades, in
     the original principal amount of $18,900.00, with 5½% annual
     interests, due on monthly payments of $107.35 starting in
     the date of execution of deed up to the debt is paid in
     full, constituted by deed #999, executed in San Juan, Puerto
     Rico, on December 28th, 1967, before Jesús A. Cintrón Rivera
     Notary Public, recorded at page 245 of volume 177 of Yauco,
     property number 5,696, 2nd inscription.
     **Presented on October 16, 1973**
     **Recorded on April 18, 1974**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

PAGE #2
PROPERTY #5,696

2.  **MORTGAGE:** Constituted by Pedro A. Baez y Elda Torres, in favor of La Administración de Pequeños Negocios, in the original principal amount of $20,000.00, with 6 5/8% annual interests, due on 20 years, constituted by deed #92, executed in Ponce, Puerto Rico, on April 21st, 1976, before Antonio J. Negroni Notary Public, recorded at page 246 of volume 177 of Yauco, property number 5,696, 3rd, inscription.
    **Presented on May 17, 1976**
    **Recorded on May 26, 1976**

3.  **MORTGAGE:** Constituted by Carmen Pérez Quintana, in favor of United States of America acting as Farmer Homes Administration, in the original principal amount of $500,000.00, with 3.75% annual interests, due on 20 years, constituted by deed #43, executed in Yauco, Puerto Rico, on June 22nd, 1998, before Ignacio Pintado Pintado Notary Public, recorded at page 79 of volume 522 of Yauco, property number 5,696, 6th, and the last inscription. Conditions.
    **Presented on April 10, 2007**
    **Recorded on April 10, 2007**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to October 30th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

*EAGLE TITLE AND OTHER SERVICES, INC.*

*Authorized signature*

tm/mv/**F**

Eagle Title & Other Services, Inc.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on October 30th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this ___10___ day of _December_ of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,420

Sworn and subscribed to before me by Elias Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 10 day of _December_ of 2020.

NOTARY PUBLIC

Exhibit 8

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY

654 Muñoz Rivera Avenue

654 Plaza Suite #829

San Juan, PR 00918

Borrower:  Pagan Caraballo, Juan              Case No:   63-016-9405

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency* , United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

### *Statement of Account as of*            *July 16, 2020*

| Loan Number | 43-01 |
|---|---|
| Note Amount | $                  500,000.00 |
| Original Note Date | 6/22/1998 |
| Date of Last Payment | 7/15/2019 Offset |
| Principal Balance | $                  108,235.48 |
| Unpaid Interest | $                    13,984.82 |
| Misc. Charges | $                                 - |
| Total Balance | $                  122,220.30 |
| Daily Interest Accrual | $                           11.1201 |
| Amount Delinquent | $                  122,220.30 |
| Years Delinquent | 2 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

USDA

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department
of Agriculture,
0.9.2342.19200300.100.1.1=12001003816118,
cn=CARLOS MORALES (Affiliate)
Date: 2020.07.16 09:00:25 -04'00'
Adobe Acrobat version: 2020.009.20063

Carlos J. Morales Lugo
LRTF Contractor
July 16, 2020

Department of Defense Manpower Data Center

Results as of : Oct-28-2020 11:54:19 AM

SCRA 5.6



Exhibit 9

## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-9405
Birth Date:
Last Name: PAGAN CARABALLO
First Name: JUAN
Middle Name:
Status As Of: Oct-28-2020
Certificate ID: NCY6C759ZLSZK9Y

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| JUAN PAGAN CARABALLO, et als. | ) | FORECLOSURE OF MORTGAGE |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CARMEN PEREZ QUINTANA
LUCHETTI DEVELOPMENT, E-1
JACANAS WARD
YAUCO, PR 00698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture <br><br> *Plaintiff(s)* <br><br> v. <br><br> JUAN PAGAN CARABALLO, et als. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

### FORECLOSURE OF MORTGAGE

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JUAN PAGAN CARABALLO
LUCHETTI DEVELOPMENT, E-1
JACANAS WARD
YAUCO, PR 00698

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> JUAN PAGAN CARABALLO ____, et als. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA
c/o United States Attorney
Suite 1201, Torre Chardón, 350 Chardón Street
San Juan, Puerto Rico 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):  Fortuño, Juan Carlos

USDC-PR Bar Number:  211913

Email Address:  jcfortuno@fortuno-law.com

1.  Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:  UNITED STATES OF AMERICA, acting through the USDA

   Defendant:  JUAN PAGAN CARABALLO; ET ALS.

2.  Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.  Indicate the title and number of related cases (if any).

   N/A

4.  Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.  Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.  Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:  December 10, 2020

rev. Dec. 2009

Print Form     Reset Form

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | JUAN PAGAN CARABALLO , et als. |

| | |
|---|---|
| **(b)**  County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Maricao, P.R. <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* <br> Juan C. Fortuño Fas <br> Po Box 3908, Guaynabo, PR 00970 <br> Tel. 787-751-5290 | Attorneys *(If Known)* |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
　　　 Plaintiff

☐ 2   U.S. Government
　　　 Defendant

☐ 3   Federal Question
　　　 *(U.S. Government Not a Party)*

☐ 4   Diversity
　　　 *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment <br>　 & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted <br>　 Student Loans <br>　 (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment <br>　 of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product <br>　 Liability <br> ☐ 320 Assault, Libel & <br>　 Slander <br> ☐ 330 Federal Employers' <br>　 Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product <br>　 Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle <br>　 Product Liability <br> ☐ 360 Other Personal <br>　 Injury <br> ☐ 362 Personal Injury - <br>　 Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - <br>　 Product Liability <br> ☐ 367 Health Care/ <br>　 Pharmaceutical <br>　 Personal Injury <br>　 Product Liability <br> ☐ 368 Asbestos Personal <br>　 Injury Product <br>　 Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal <br>　 Property Damage <br> ☐ 385 Property Damage <br>　 Product Liability | ☐ 625 Drug Related Seizure <br>　 of Property 21 USC 881 <br> ☐ 690 Other <br><br><br><br> **LABOR** <br> ☐ 710 Fair Labor Standards <br>　 Act <br> ☐ 720 Labor/Management <br>　 Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical <br>　 Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement <br>　 Income Security Act | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal <br>　 28 USC 157 <br><br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated <br>　 New Drug Application <br> ☐ 840 Trademark <br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC <br>　 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and <br>　 Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 485 Telephone Consumer <br>　 Protection Act <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ <br>　 Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☒ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ <br>　 Accommodations <br> ☐ 445 Amer. w/Disabilities - <br>　 Employment <br> ☐ 446 Amer. w/Disabilities - <br>　 Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate <br>　 Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br>　 Conditions of <br>　 Confinement | **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br>　 Actions | **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff <br>　 or Defendant) <br> ☐ 871 IRS—Third Party <br>　 26 USC 7609 | ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information <br>　 Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure <br>　 Act/Review or Appeal of <br>　 Agency Decision <br> ☐ 950 Constitutionality of <br>　 State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
　　　 Proceeding

☐ 2   Removed from
　　　 State Court

☐ 3   Remanded from
　　　 Appellate Court

☐ 4   Reinstated or
　　　 Reopened

☐ 5   Transferred from
　　　 Another District
　　　 *(specify)*

☐ 6   Multidistrict
　　　 Litigation -
　　　 Transfer

☐ 8   Multidistrict
　　　 Litigation -
　　　 Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
　 UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
122,220.30

CHECK YES only if demanded in complaint:

**JURY DEMAND:**　☐ Yes　☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____　DOCKET NUMBER _____

DATE
12/10/2020

SIGNATURE OF ATTORNEY OF RECORD
s/Juan Carlos Fortuño Fas

**FOR OFFICE USE ONLY**

RECEIPT # _____　AMOUNT _____　APPLYING IFP _____　JUDGE _____　MAG. JUDGE _____